**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| W.W., | : | No. 4 WAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | January 15, 2021 at No. 239 MD |
| v. | : | 2020. |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 17th day of August, 2021, the order of the Commonwealth Court is affirmed based on its grant of the Pennsylvania State Police's preliminary objections to W.W.'s due process and contract claims. We do not address the issue of whether an independent federal obligation to register would bar mandamus relief if those state law claims were successful. The Application for Oral Argument is denied.

    Justice Donohue concurs in the result.